BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
IGH Logistics, LLC § Case No.: 23–41490–elm7
 § Chapter No.: 7
Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 7/21/23         FOR THE COURT:
                       Robert P. Colwell, Clerk of Court

                       by: /s/Tracy Nunns, Deputy Clerk